UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Ferrari Financial Services, Inc., | Case No. 2:24-mc-00007-KJM-CKD |
| Plaintiff, | **ORDER GRANTING APPLICATION TO AUTHORIZE REGISTERED PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080** |
| v. | |
| Zcrete Systems International, Inc. and Brian Wayne Brogie | |
| Defendants. | |

The court, having read and considered the *Ex Parte* Application for Order Authorizing Registered Process Server to Levy Execution Pursuant to C.C.P. § 699.080 ("Application") filed by plaintiff and judgment creditor Ferrari Financial Services, Inc. ("Judgment Creditor"), and good cause appearing therefor,

**HEREBY ORDERS** that:

1. The Application is GRANTED;

2. Judgment Creditor may employ a registered private process server, specifically identified as Nationwide Legal, LLC, who employs California registered process servers over eighteen years of age and of suitable discretion, and who is not a party to the action;

/////

4884-1805-1744

3. Nationwide Legal, LLC is authorized and appointed to serve any Writ of Execution entered in this action in accordance with California law; and

4. The U.S. Marshal's Office shall remain the levying officer for any Writ of Execution entered in this action.

DATED: February 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE